JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOOKA, INC., | CV 11-3110 PA (AJWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| VALLEY ELECTRONICS, LLC, et al., | |
| Defendants. | |

Pursuant to the Court's June 14, 2011 Minute Order dismissing without prejudice the claims alleged by plaintiff Sooka, Inc. ("Plaintiff") against defendants Valley Electronics, LLC, VE Valley Electronics GMBH, Natalie Rechberg, Huburtus Rechberg, and Raxmedical, Inc. ("Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 14, 2011

Percy Anderson
UNITED STATES DISTRICT JUDGE